CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for VIRGINIA ROMERO,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-06-0461-GEB |
| Plaintiff, | **MOTION and ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT** |
| v. | |
| VIRGINIA ROMERO, | Date: January 19, 2007 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Gregory G. Hollows |

    Defendant VIRGINIA ROMERO, by and through her attorney, hereby moves this court pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure to permit her to waive personal appearance at the arraignment on the Indictment in the within matter presently set for January 19, 2007, for the following reasons:

    1.  The defendant is temporarily residing in South Carolina caring for her elderly, disabled aunt and uncle.  She plans to return to her home in California in mid-February, at which time other family members will provide for the care of the aunt and uncle.  The defendant is disabled, has insufficient funds to retain counsel and has requested

///

-1-

court-appointed counsel. Travel to this District for a one-day appearance would be unduly burdensome.

2. The defendant has filed herein a written waiver of her appearance affirming that she has received a copy of the Indictment, waives a formal reading of same, and enters a plea of not guilty.

3. The defendant made an initial appearance in the District of South Carolina, Charleston Division, pursuant to Rule 40 of the Federal Rules of Criminal Procedure on December 8, 2006, was released on her own recognizance on that date by order of George C. Kosko, U.S. Magistrate Judge, and has remained under the supervision of Pretrial Services in that District to date.

4. Counsel for the Government, Matthew D. Segal, has stated to the undersigned that he has no objection to waiver of this defendant's appearance at arraignment.

Dated: January 9, 2007

Respectfully submitted,

/s/ CANDACE A. FRY
CANDACE A. FRY, Attorney for
VIRGINIA ROMERO, Defendant

**O R D E R**

For good cause shown, defendant VIRGINIA ROMERO'S request to waive her appearance at arraignment on the Indictment in this matter is hereby GRANTED.

Dated: 1/12/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

romero.ord