1  0BRUCE LOCKE (#177787)
Moss & Locke
2  555 University Avenue, Suite 170
Sacramento, CA 95825
3  (916) 569-0667
(916) 569-0665 fax
4  Attorneys for TERRY NELSON

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )      No.  CR S-06-0461 FCD
                                  )
9            Plaintiff,           )
                                  )      STIPULATION AND ORDER
10                                )      CONTINUING THE STATUS
     v.                           )      CONFERENCE FROM
11                                )      FEBRUARY 26, 2007 TO
     TERRY NELSON -01             )      APRIL 9, 2007 AT 10:00 A.M.
12   VIRGINIA ROMERO - 02         )
                                  )
13           Defendant.           )
                                  )

14

15       The defendants, Virginia Romero and Terry Nelson,  and the United States, by and through

16  their respective attorneys, hereby stipulate that the status conference currently set for

17  February 26, 2007 should be continued to April 9, 2007 at 10:00 a.m.  The reason for the

18  continuance is that the defendants have only recently received the discovery in this case and the

19  defense attorney need the additional time to review the discovery and determine what additional

20  investigation, if any, is needed in order to prepare this case properly.

21       The defense also requests that the Court exclude the time from the date that this Order is

22  signed to April 9, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense

23  preparation. The government agrees that the time should be excluded.  Candace Fry, the attorney

24  for Virginia Romero, and Matthew Segal, the attorney for the United States, have authorized Bruce

25  Locke to sign this Stipulation and Order for them.

26  DATED: February 23, 2007                   /S/ Bruce Locke
                                              L. BRUCE LOCKE
27                                            Attorney for TERRY NELSON

28

29                                          1

DATED: February 23, 2007      /S/ Candace Fry by Bruce Locke
CANDACE FRY
Attorney for VIRGINIA ROMERO

DATED: February 23, 2007      /S/ Matthew Segal by Bruce Locke
MATTHEW SEGAL
Attorney for the UNITED STATES

The stipulation above is adopted in full.  Additionally, the Defendant's Waiver of Appearance filed February 20, 2007 is accepted.

IT IS SO ORDERED.

DATED: February 23, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE