BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for TERRY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-06-461 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM |
| | ) | APRIL 9, 2007  TO |
| TERRY NELSON, et al., | ) | MAY 21, 2007 AT 10:00 A.M. |
| | ) | |
| Defendants. | ) | |

The defendants, Virginia Romero and Terry Nelson, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for April 9, 2007 should be continued to May 21, 2007 at 10:00 a.m.  The reason for the continuance is that the defendants need additional time to review the discovery in this case and determine what additional investigation, if any, is needed in order to prepare this case properly.

The parties also stipulate and agree that all Rule 12 ( c) motions must be filed by June 30, 2007.

The defense also requests that the Court exclude the time from the date that this Order is signed to May 21, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded.  Candace Fry, the attorney for Virginia Romero, and Matthew Segal, the attorney for the United States, have authorized Bruce Locke to sign this Stipulation and Order for them.

DATED: April 5, 2007                                /S/ Bruce Locke
                                                                L. BRUCE LOCKE
                                                                Attorney for TERRY NELSON

1

DATED: April 5, 2007                    /S/ Candace Fry by Bruce Locke
                                        CANDACE FRY
                                        Attorney for VIRGINIA ROMERO


DATED: April 5, 2007                    /S/ Matthew Segal by Bruce Locke
                                        MATTHEW SEGAL
                                        Attorney for the UNITED STATES


    IT IS SO ORDERED.

DATED: April 5, 2007
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

    The Defendant's Waiver of Appearance is accepted.

DATED: April 5, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE