BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for TERRY NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-06-0461 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM |
| | ) | MAY 29, 2007  TO |
| TERRY NELSON, | ) | JULY 23, 2007 AT 10:00 A.M. |
| VIRGINIA ROMERO | ) | |
| Defendants. | ) | "AS MODIFIED" |
| _____ | ) | |

The defendants, Virginia Romero and Terry Nelson, and the United States, by and through their respective attorneys, hereby stipulate that the status conference currently set for May 29, 2007 should be continued to July 23, 2007 at 10:00 a.m.  The reason for the continuance is that the defendants need additional time to review the discovery in this case, Mr. Locke is in trial in San Francisco from May 25, 2007 until June 15, 2007, and the defense needs additional time to determine what additional investigation, if any, is needed in order to prepare this case properly.

The parties also stipulate and agree that all Rule 12 ( c) motions must be filed by June 30, 2007.   The parties also agree that a trial date will be set at the status conference on July 23, 2007.

The defense also requests that the Court exclude the time from the date that this Order is signed to July 23, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for defense preparation. The government agrees that the time should be excluded.  Candace Fry, the attorney for Virginia Romero, and Matthew Segal, the attorney for the United States, have authorized Bruce Locke to sign this Stipulation and Order for them.

1  DATED:May 24, 2007                              /S/ Bruce Locke
                                                L. BRUCE LOCKE
2                                               Attorney for TERRY NELSON

6  DATED: May 24, 2007                             /S/ Candace Fry by Bruce Locke
                                                CANDACE FRY
7                                               Attorney for VIRGINIA ROMERO

9  DATED: May 24, 2007                             /S/ Matthew Segal by Bruce Locke
                                                MATTHEW SEGAL
10                                              Attorney for the UNITED STATES

12         IT IS SO ORDERED.

13  DATED: May 25, 2007.

                                                _____
                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE