1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for VIRGINIA ROMERO,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. S-CR-06-0461-FCD
                                )
12              Plaintiff,      )
                                )  **STIPULATION AND ORDER MODIFYING**
13      v.                      )  **CONDITIONS OF PRETRIAL RELEASE**
                                )
14 VIRGINIA ROMERO,             )
                                )
15              Defendant.      )
                                )
16 _____ )

17

18      The parties in the within matter, by and through their respective

19 counsel, hereby stipulate and agree that the conditions of pretrial

20 release imposed upon defendant Virginia Romero by order of The

21 Honorable George C. Kosko, U. S. Magistrate Judge, District of South

22 Carolina, Charleston Division, on December 8, 2006, be modified as

23 follows:  the condition requiring the defendant to submit to testing to

24 determine whether she is using a prohibited substance is deleted.  All

25 other conditions of Pretrial Release shall remain the same.

26      This modification has been approved by Pretrial Services.

27                                 ///

28                                 ///

                                  -1-

| | | |
|---|---|---|
| 1 | Dated: June 25, 2007 | /s/ CANDACE A. FRY |
| 2 | | CANDACE A. FRY, Attorney for VIRGINIA ROMERO, Defendant |
| 3 | Dated:  June 25, 2007 | McGREGOR W. SCOTT |
| 4 | | U. S. Attorney |
| 5 | | By   /s/ CANDACE A. FRY for |
| 6 | | MATTHEW D. SEGAL, Assistant U.S. Attorney |
| 7 | | (Signed for Mr. Segal with his prior authorization) |

**O R D E R**

IT IS SO ORDERED.

Dated:  June 28, 2007.

_____
U.S. MAGISTRATE JUDGE

-2-