1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for TERRY NELSON

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.   CR S-06-461 FCD
                                    )
9            Plaintiff,             )
                                    )   STIPULATION AND ORDER
10                                  )   CONTINUING THE STATUS
     v.                             )   CONFERENCE FROM
11                                  )   JULY 23, 2007  TO
   TERRY NELSON, et. al.            )   AUGUST 20, 2007 AT 10:00 A.M.
12                                  )
             Defendant.             )
13 _____)

14       The defendants, Virginia Romero and Terry Nelson,  and the United States, by and through

15 their respective attorneys, hereby stipulate that the status conference currently set for July 23,  2007

16 should be continued to August 20, 2007 at 10:00 a.m.  The reason for the continuance is that the

17 parties believe that the case will be resolved without trial and the defense counsel need additional

18 time to review the proposed plea agreement with their clients. .

19       The defense also requests that the Court exclude the time from the date that this Order is

20 signed to August 20, 2007 from the Speedy Trial Act calculation pursuant to Local Code T4 for

21 defense preparation. The government agrees that the time should be excluded.  Candace Fry, the

22 attorney for Virginia Romero, and Matthew Segal, the attorney for the United States, have

23 authorized Bruce Locke to sign this Stipulation and Order for them.

24
   DATED: July 19, 2007                         /S/ Bruce Locke
25                                          L. BRUCE LOCKE
                                            Attorney for TERRY NELSON
26

27

28

29                                      1

1 | DATED: July 19, 2007        /S/  Bruce Locke
2 |        CANDACE FRY
       Attorney for VIRGINIA ROMERO

4 | DATED: July 19, 2007        /S/  Bruce Locke
5 |        MATTHEW SEGAL
       Attorney for the UNITED STATES

7 |      IT IS SO ORDERED.

9 | DATED:  July 19, 2007

       FRANK C. DAMRELL, JR.
       UNITED STATES DISTRICT JUDGE